# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL ANTHONY BRYANT, JR.

NO. 2022 KW 0689

**AUGUST 12, 2022**

---

In Re:  Michael Anthony Bryant, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 571991-1.

---

**BEFORE: WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

VGW
JMG
EW

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT